Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7A**

SERAPHINA THERAPEUTICS, INC.,

                                              Plaintiff,

          v.

UNITED STATES OF AMERICA, et al.

                                              Defendant.

Court No.  1:26-cv-02440

**NOTICE OF DISMISSAL**

          **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: April 9, 2026

/s/ Brian S. Janovitz
_____
Signature of Plaintiff's Attorney

Brian S. Janovitz
_____
Attorney for Plaintiff

DLA PIPER LLP (US)
_____
Firm

500 Eighth Street, NW
_____
Street Address

Washington, DC 20004
_____
City, State and Zip Code

(202) 799-4816
_____
Telephone Number

brian.janovitz@us.dlapiper.com
_____
E-mail Address

Order of Dismissal

          This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: April 9, 2026

Clerk, U. S. Court of International Trade

By: _____/s/ Jason Chien_____
                    Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| | |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: April 9, 2026

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)